

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00544-CV

Jameel Clarke **WILSON**,
Appellant

v.

**F&B 5380 MEDICAL DRIVE THRIVE, LP**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV01682
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED February 1, 2023.

_____
Beth Watkins, Justice